# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                      April 24, 2013
Courtroom Deputy:   J. Chris Smith
FTR Technician:       Kathy Terasaki

_____

Civil Action No. 13-cv-00363-RPM

GINA HOLUB,                                                                          Robert M. Liechty

      Plaintiff,

v.

CHRIS GDOWSKI,                                                                   Thomas J. Lyons
SHELLY BECKER,
MARK HINSON, and
ADAMS 12 FIVE STAR SCHOOLS,

      Defendants.
_____

## COURTROOM MINUTES
_____

**Scheduling Conference**

**11:30 a.m.        Court in session.**

Court reviews proposed scheduling order and counsel answer questions.

Mr. Liechty states he anticipates adding the state law claim of defamation.

Discussion regarding any media publicity of possible related issues.

Discussion regarding Motion to Join Plaintiffs, [8].

**ORDERED:    Motion to Join Plaintiffs, [8], is denied but coordinated discovery permitted.
                           Discovery stayed until scheduling order.
                           No scheduling order entered.**

**11:45 a.m.        Court in recess.**

Hearing concluded.  Total time: 15 min.