IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00363-RPM

GINA HOLUB,

    Plaintiff,

v.

CHRIS GDOWSKI,
SHELLY BECKER,
MARK HINSON, and
ADAMS 12 FIVE STAR SCHOOLS,

    Defendants.

_____

## ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT
_____

Upon review of the Uncontested Motion for Leave to File Amended Complaint [16] filed May 24, 2013, it is

ORDERED that the motion is granted and the amended complaint attached thereto is accepted for filing.

Dated: May 29th, 2013

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____

                                  Richard P. Matsch, Senior District Judge