IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00363-RPM

GINA HOLUB,

    Plaintiff,

v.

CHRIS GDOWSKI,
SHELLEY BECKER,
MARK HINSON,
NORM JENNINGS, and
ADAMS 12 FIVE STAR SCHOOLS,

    Defendants.

_____

ORDER DISMISSING DEFENDANT NORM JENNINGS
_____

    Upon review of plaintiff's unopposed motion to dismiss without prejudice the claim against Defendant Jennings [21] filed June 26, 2013, it is

    ORDERED that the claim against Defendant Norm Jennings is dismissed without prejudice, with leave to refile.

    Dated: June 28th, 2013

                                                      BY THE COURT:

                                                      s/Richard P. Matsch
                                                      _____
                                                      Richard P. Matsch, Senior District Judge