## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                         September 10, 2013
Courtroom Deputy:   J. Chris Smith
FTR Technician:         Kathy Terasaki

_____

Civil Action No. 13-cv-00363-RPM

GINA HOLUB,                                                                     Robert M. Liechty

     Plaintiff,

v.

CHRIS GDOWSKI,                                                            Gillian Dale
SHELLY BECKER,
MARK HINSON, and
ADAMS 12 FIVE STAR SCHOOLS,

     Defendants.
_____

### COURTROOM MINUTES
_____

**Hearing on Motion to Compel and for Sanctions**

**3:28 p.m.**         **Court in session.**

Plaintiff Gina Holub and defendant Chris Gdowski are present.

Court's preliminary remarks.

Argument by Mr. Liechty.

Argument by Ms. Dale.

**ORDERED:**   **Plaintiff's Motion to Compel and for Sanctions [25], is granted with respect to the motion to compel and denied with respect to request for sanctions. Defendant shall produce Ms. Herrmann's report.**

**3:35 p.m.**         **Court in recess.**

Hearing concluded. Total time: 7 min.