IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-0363-RPM-MJW

GINA HOLUB,

    Plaintiff,

v.

CHRIS GDOWSKI, SHELLEY BECKER, MARK HINSON, NORM JENNINGS, and ADAMS 12 FIVE STAR SCHOOLS,

    Defendants.

_____

**ORDER GRANTING MOTION FOR DESIGNATION OF DOCUMENTS AS CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**
_____

    This matter comes before the Court on the Motion for Designation of Documents as Confidential Pursuant to the Protective Order filed by Defendants Chris Gdowski, Shelley Becker, Mark Hinson, Norm Jennings, and Adams 12 Five Star Schools. Having reviewed the Motion, and being fully advised in the premises, it is

    ORDERED that the motion is granted. Vody Herrmann's report and any unaudited financial records produced by Defendants may be marked as confidential pursuant to the Protective Order in this lawsuit.

    Dated this 20th day of November, 2013

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____

                                          Richard P. Matsch, Senior District Judge