IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                March 11, 2014
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 13-cv-00363-RPM

GINA HOLUB,                                                    Robert M. Liechty

      Plaintiff,

v.

CHRIS GDOWSKI,                                                 Gillian Dale
SHELLY BECKER,
MARK HINSON,
NORM JENNINGS, and
ADAMS 12 FIVE STAR SCHOOLS,

      Defendants.
_____

## COURTROOM MINUTES
_____

**Hearing on Pending Motions**

**11:00 a.m.**      **Court in session.**

Plaintiff Gina Holub and defendant Shelly Becker are present.

Court's preliminary remarks.

Argument by Mr. Liechty [43].
Argument by Ms. Dale.
Further argument by Mr, Liechty (audit report).
Further argument by Ms. Dale.

**ORDERED:**   **Plaintiff's Motion to Compel Production of Documents [43], is granted with respect to the 2010 and 2011 Financial Records. 2011, 2012/2013 Funds (details included), and denied with respect to Mr. Gdowski's records, as stated on record.**

      **Defendants' Motion for Limited Extension of Discovery Cut-Off [46], with respect to the dispositive motions deadline is extended to March 31, 2014.**

      **Pretrial conference set June 6, 2014 at 2:00 p.m.**

**11:35 a.m.**      **Court in recess.**

Hearing concluded.  Total time: 35 min.