IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Richard P. Matsch, Senior District Judge

Civil Action No. 13-cv-00363-RPM

GINA HOLUB,

    Plaintiff,

v.

CHRIS GDOWSKI,
SHELLEY BECKER,
MARK HINSON,
NORM JENNINGS, and
ADAMS 12 FIVE STAR SCHOOLS,

    Defendants.

_____

ORDER GRANTING UNCONTESTED MOTION FOR LEAVE TO FILE SUR-REPLY
_____

After review of plaintiff's Uncontested Motion for Leave to File Sur-Reply, filed May 27, 2014 [64], it is

ORDERED that the motion [64] is granted and the attached Sur-Reply [64-1] and Exhibit [64-2] are accepted and filed today.

DATED: May 28th, 2014

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge