IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Richard P. Matsch, Senior District Judge

Civil Action No. 13-cv-00363-RPM

GINA HOLUB,

    Plaintiff,

v.

CHRIS GDOWSKI,
SHELLEY BECKER,
MARK HINSON,
NORM JENNINGS, and
ADAMS 12 FIVE STAR SCHOOLS,

    Defendants.

---

## ORDER VACATING PRETRIAL CONFERENCE

---

Upon consideration of the Defendants' Motion to Vacate Pretrial Conference, filed May 29, 2014 [67] and it appearing that in addition to a pending defendants' motion for summary judgment, there is outstanding the preparation of the expert witness report by Dr. James Sorensen and possible additional deposition of that expert witness, it is

ORDERED that the pretrial conference scheduled for June 23, 2014 is vacated.

DATED: May 29th, 2014

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge