IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-0363-RPM

GINA HOLUB,

    Plaintiff,

v.

CHRIS GDOWSKI, SHELLEY BECKER, MARK HINSON, NORM JENNINGS, and ADAMS 12 FIVE STAR SCHOOLS,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO RESPOND TO PLAINTIFF'S SUR-REPLY

This matter comes before the Court on the Unopposed Motion to Respond to Plaintiff's Sur-Reply filed by Defendants Chris Gdowski, Shelley Becker, Mark Hinson, Norm Jennings, and Adams 12 Five Star Schools. [Doc. 70]. Having reviewed the Motion, and being fully advised in the premises, the Court hereby **GRANTS** the Motion. Defendants' Response to Plaintiff's Sur-Reply is hereby accepted for filing.

Dated this 18th day of June, 2014.

By the Court:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge