IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No. 13-cv-00363-RPM

GINA HOLUB,

    Plaintiff,

v.

CHRIS GDOWSKI, SHELLEY BECKER, MARK HINSON, NORM JENNINGS, and ADAMS 12 FIVE STAR SCHOOLS

    Defendants.

## ORDER GRANTING MOTION FOR LEAVE TO CORRECT SUMMARY JUDGMENT RECORD

Plaintiff Gina Holub seeks leave to correct the summary judgment record contained in her Response to Defendants' Motion for Summary Judgment. The Court grants Plaintiff's Motion. Plaintiff's correction as stated in docket number 79 is accepted for filing.

Dated: August 25, 2014.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch
Senior District Judge