IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-0363-RPM

GINA HOLUB,

    Plaintiff,

v.

CHRIS GDOWSKI, SHELLEY BECKER, MARK HINSON, NORM JENNINGS, and ADAMS 12 FIVE STAR SCHOOLS,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO RESPOND TO PLAINTIFF'S CORRECTION OF SUMMARY JUDGMENT RECORD

This matter comes before the Court on the Unopposed Motion to Respond to Plaintiff's Correction of Summary Judgment Record filed by Defendants Chris Gdowski, Shelley Becker, Mark Hinson, Norm Jennings, and Adams 12 Five Star Schools. Having reviewed the Motion, being fully advised in the premises, and finding good cause therefore, the Court **GRANTS** the Motion. Defendants' Response to Plaintiff's Correction of Summary Judgment Record, [81-2], is hereby accepted for filing.

Dated this 4th, day of September, 2014

                                                                                 s/Richard P. Matsch

                                                                                 United States District Court Judge