**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                        September 10, 2014
Courtroom Deputy:    J. Chris Smith
FTR Technician:        Kathy Terasaki
_____

Civil Action No. 13-cv-00363-RPM

GINA HOLUB,                                                      Robert M. Liechty

         Plaintiff,

v.

CHRIS GDOWSKI,                                                  Gillian Dale
SHELLY BECKER,
MARK HINSON,
NORM JENNINGS, and
ADAMS 12 FIVE STAR SCHOOLS,

         Defendants.
_____

**COURTROOM MINUTES**
_____

**Hearing on Pending Motions**

**10:25 a.m.        Court in session.**

Plaintiff Gina Holub is present.

Court's preliminary remarks.
Court confirms with Mr. Liechty regarding defendants's request for dismissal of defendants Hinson and Jennings [57].

**ORDERED:     Defendants' Hinson and Jennings are dismissed pursuant to plaintiff's request doc.
                       [57] Plaintiff's Response to Motion for Summary Judgment.**

Court states its summary of the case facts and clarification of claims.

Argument by Ms. Dale.
Argument by Mr. Liechty.

Argument by Ms. Dale.
Argument by Mr. Liechty.

September 10, 2014
13-cv-00363-RPM

Argument by Ms. Dale.

**ORDERED:**   **Defendants' Motion for Summary Judgment [55] and Defendants' Motion to Stay Pending Immunity Determinations [63], stand submitted and are taken under advisement.**

**11:10 a.m.**      **Court in recess.**

Hearing concluded.  Total time: 45 min.