Case 1:13-cv-00363-RPM   Document 87   Filed 09/12/14   USDC Colorado   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00363-RPM

GINA HOLUB,

     Plaintiff,

v.

CHRIS GDOWSKI,
SHELLEY BECKER,
MARK HINSON,
NORM JENNINGS, and
ADAMS 12 FIVE STAR SCHOOLS,

     Defendants.

_____

## JUDGMENT
_____

Pursuant to the Memorandum Opinion and Order entered by Senior Judge Richard P. Matsch on September 12, 2014, it is

ORDERED AND ADJUDGED that this civil action is dismissed.  Defendants are awarded costs upon the filing of a bill of costs within 14 days.

Dated:   September 12, 2014

                              FOR THE COURT:

                              JEFFREY P. COLWELL, Clerk

                                             s/M. V. Wentz
                              By_____
                                       Deputy Clerk